UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HUCKER,<br><br>                            Plaintiff,<br><br>v.<br><br>CHRISTOPHER DAUB, et al.,<br><br>                            Defendants. | Case No.: 3:21-cv-00577-JLS-AHG<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO TAKE DEPOSITION OF PLAINTIFF JASON HUCKER (P-73941), AN INCARCERATED PERSON**<br><br>**[ECF No. 27]** |

     Before the Court is Defendants' *Ex Parte* Application for Leave to Depose Plaintiff, an incarcerated individual. ECF No. 27. Federal Rule of Civil Procedure 30 requires that a party seeking to take a deposition must "obtain leave of the court . . . if the deponent is confined in prison." FED. R. CIV. P. 30(a)(2)(B). Plaintiff Jason Hucker (P-73941) is in the custody of the Richard J. Donovan Correctional Facility, 480 Alta Rd, San Diego, CA 92179. For good cause shown, the application is **GRANTED**. Defendants may depose Mr. Hucker under the Federal Rules of Civil Procedure and the institution's rules and regulations, including the presence of correctional officers at the deposition, and Defendants may take the deposition by remote means if they choose. Further, the Court permits the deposition to proceed with the court reporter at a remote location and not

personally present with the deponent. *See* FED. R. CIV. P. 30(c)(1) (waived as to that specific requirement). Defendants may schedule Mr. Hucker's deposition upon reasonable notice.

**IT IS SO ORDERED.**

Dated:  February 28, 2022

_____
Honorable Allison H. Goddard
United States Magistrate Judge