# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CASES TO BE TRANSFERRED TO THE CALENDAR OF THE HONORABLE ROBERT S. HUIE | **ORDER OF TRANSFER** |

The following case is transferred from the calendar of the Honorable Janis L. Sammartino to the calendar of the Honorable Robert S. Huie. After this transfer, the case number should be changed to reflect the initials of Judge Huie. Therefore, the "JLS" that appears after the case number should be changed to "RSH." The assigned magistrate judge will remain the same. This change should be made on all future filings to ensure that all documents are properly sent to Judge Huie. All dates currently set before Judge Sammartino or the assigned magistrate judge are unaffected by this Order.

1. 21cv577, *Hucker v. Daub et al*

   **IT IS SO ORDERED**.

Dated: June 23, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1